ED WANG, *Plaintiff in Error*, v. R. S. LARKIN, *Defendant in Error.*

Division B.

Decision Filed October 29, 1925.

A Writ of Error to the Circuit Court for Okaloosa County; A. G. Campbell, Judge.

*W. J. Rice*, for Plaintiff in Error;

*T. R. James*, for Defendant in Error.

PER CURIAM.—No assignments of errors having been filed in this court, as required by the statute, and Special Supreme Court Rules 1 and 2, this Writ of error will have to be dismissed.

Writ of Error dismissed.

WHITFIELD, P. J., AND STRUM AND BROWN, J. J., concur.